UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

RICHARD LUTHMANN

ORDER

17-CR-664

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2018 ★
BROOKLYN OFFICE

**Jack B. Weinstein, Senior United States District Judge**

    For the reasons stated on the record, defendant Luthmann's bail is revoked. He shall be taken into custody by the United States Marshal Service.

    He shall be sent to a government run psychiatric facility for a competency evaluation. *See* 18 U.S.C. § 4241(b) ("[T]he court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court."). If practicable, an evaluation shall be provided to the court within 60 days,

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: June 6, 2018
       Brooklyn, New York

