**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

August 10, 2018

The Honorable Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   LUTHMANN, Richard
      Reg. No.: 90564-053
      Crim. No.: 17 Cr. 00664

Dear Judge Jack B. Weinstein:

This letter is to inform you the above-named defendant arrived at this institution on August 2, 2018. He has been designated to undergo a forensic evaluation pursuant to your order dated June 11, 2018.

We expect to complete the study by September 1, 2018. At that time, the United States Marshals Service may be notified the study is complete and the defendant may be transported back to the court. The court may expect a final copy of the forensic evaluation within three weeks of that notification.

The forensic psychologist assigned to this study is Dr. Shawn Channell. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Channell, at (978) 796-1000, extension 1471, should you need more information.

Sincerely,

CAPT S. Spaulding
Warden

**U. S. Department of Justice**
Federal Bureau of Prisons
*Federal Medical Center Devens*

Post Office Box 880
Ayer, MA 01432

Official Business



CERTIFIED MAIL™

7004 1160 0006 6943 7301



$006.67
0001 26040   AUG 16 2018
MAILED FROM ZIP CODE 01434



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 20 2018 ★

BROOKLYN OFFICE
11201-183299

The Honorable Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201