# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** WEINSTEIN  **DATE:** 9/5/19  **TIME:** 12:15 pm

**DOCKET NUMBER:** CR 17-664  **DEFT. NUMBER:** ___

**DEFENDANT:** Richard Luthmann

___ Present  ___ Not Present  ___ In Custody

**ATTORNEY FOR DEFT.:** Arthur Aidala
___ C.J.A.  ___ Retained

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 18 2019 ★
BROOKLYN OFFICE

**ASST. U.S. ATTORNEY:** James McDonald

**COURTROOM DEPUTY:** JUNE P. LOWE  **INTERPRETER:** ___
Ext. 2525

**COURT REPORTER/ESR OPERATOR:** David Roy

**TAPE NUMBER:** ___

**SENTENCE:** Evidentiary/sentencing hearing ordered and begun. Continued to 9/9/19 at 1pm.

**DEFT. SENTENCED ON COUNTS:** ___

**OPEN COUNTS DISMISSED:** ___ On Govt's Motion,  ___ On Ct's Mot.

**FINE:** ___  **SPECIAL ASSESSMENT:** ___

**SPECIAL CONDITIONS OF SUPERVISION:** ___

**IS SENTENCE STAYED?** ___ Yes  **STAYED UNTIL:** ___
___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]