

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPM
F. #2017R00050

271 Cadman Plaza East
Brooklyn, New York 11201

September 30, 2019

<u>By ECF and Hand Delivery</u>

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Richard Luthmann
     <u>Criminal Docket No. 17-664 (JBW)</u>

Dear Judge Weinstein:

  The government respectfully submits this letter in connection with the defendant's sentencing proceeding, which occurred on September 9, 2019. At the proceeding, the Court directed the government to provide a list of victims to whom restitution should be paid by the defendant. The government, with no objection from the defendant, respectfully requests that the Judgment list the following victims and restitution amounts:

| **Victim** | **Restitution Amount** |
|---|---|
| GDB International Inc. | $209,734.96 |
| Civil Metals Inc. | $57,457.74 |
| JC Horizon Ltd. | $64,625.87 |
| JLJ International Holdings LLC | $22,370.39 |
| UVA Recycling Inc. | $10,000.00 |
| AMG Resources Corp | $195,722.30 |
| **Total Restitution Amount** | **$559,911.26** |

The government respectfully requests the Court order the foregoing restitution as part of the Court's judgment.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
James P. McDonald
Assistant U.S. Attorney
(718) 254-6376

cc: Clerk of Court (JBW) (by ECF)
Arthur Aidala, Esq. (by ECF)
Mario Romano, Esq. (by ECF)