

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 02 2019 ★
BROOKLYN OFFICE

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPM
F. #2017R00050

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2019

By ECF and Hand Delivery

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Richard Luthmann
            Criminal Docket No. 17-664 (JBW)

Dear Judge Weinstein:

        The government respectfully submits this letter in connection with the defendant's sentencing proceeding, which occurred on September 9, 2019. At the proceeding, the Court directed the government to provide a list of victims to whom restitution should be paid by the defendant. The government, with no objection from the defendant, respectfully requests that the Judgment list the following victims and restitution amounts:

| Victim | Restitution Amount |
|---|---|
| GDB International Inc. | $209,734.96 |
| Civil Metals Inc. | $57,457.74 |
| JC Horizon Ltd. | $64,625.87 |
| JLJ International Holdings LLC | $22,370.39 |
| UVA Recycling Inc. | $10,000.00 |
| AMG Resources Corp | $195,722.30 |
| **Total Restitution Amount** | **$559,911.26** |

*Above restitution listed*
*adopted and ordered*

*Jack B. Weinstein*
10/2/19

       The government respectfully requests the Court order the foregoing restitution as part of the Court's judgment.

                                                              Respectfully submitted,

                                                              RICHARD P. DONOGHUE
                                                              United States Attorney

                                By:        /s/
                                               James P. McDonald
                                               Assistant U.S. Attorney
                                               (718) 254-6376

cc:    Clerk of Court (JBW) (by ECF)
        Arthur Aidala, Esq. (by ECF)
        Mario Romano, Esq. (by ECF)