# CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN** DATE: 9/9/19 TIME: 1pm

DOCKET NUMBER: CR 17-664 DEFT. NUMBER: ___

DEFENDANT: Richard Luthmann

___ Present ___ Not Present ___ In Custody

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ OCT 18 2019 ★ BROOKLYN OFFICE

ATTORNEY FOR DEFT.: Arthur Aidala
___ C.J.A. ___ Retained ___ Legal Aid/PD

ASST. U.S. ATTORNEY: James McDonald

COURTROOM DEPUTY: ✓ JUNE P. LOWE   INTERPRETER: ___
Ext. 2525

COURT REPORTER/ESR OPERATOR: David Roy

TAPE NUMBER: ___

SENTENCE: Evidentiary/sentencing hearing continues. Defendant is sentenced to 4 yrs. imprisonment, 3 yrs. supervised release

DEFT. SENTENCED ON COUNTS: 1 & 9 of the indictment

OPEN COUNTS DISMISSED: ✓ On Govt.'s Motion, ___ On Ct's Mot.

FINE: ___   SPECIAL ASSESSMENT: $200

SPECIAL CONDITIONS OF SUPERVISION: ___

IS SENTENCE STAYED? ___ Yes   STAYED UNTIL: ___
___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]