```
                                                                    FILED
                                                              IN CLERK'S OFFICE
                                                          U.S. DISTRICT COURT E.D.N.Y.

                                                            ★  APR 08 2021  ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE


Received by the Pro Se Office
4/8/21- KC

-----------------------------------------X
UNITED STATES OF AMERICA,                         1:17-cr-0064-RJD-RER

    v.

RICHARD LUTHMANN,

        Defendant.
-----------------------------------------X

### NOTICE OF CHANGE OF ADDRESS OF DEFENDANT

TO:   Clerk of Court                      United States Attorney
       United States District Court       For the Eastern District of New York
       Eastern District of New York        Via CM/ECF
       225 Cadman Plaza East
       Brooklyn, NY 11201

PLEASE TAKE NOTICE that on April 19, 2021, the address for the above-captioned Defendant, Richard Luthmann, shall change to the following:

    Richard Luthmann
    Salvation Army
    2400 Edison Avenue
    Fort Myers, FL 33902

The Defendant remains a carceral person in the custody of the United States Attorney General and housed in a facility administered by the Federal Bureau of Prisons. As such, the Defendant has no access to the Internet or to the CM/ECF system. Accordingly, it is requested that service of all papers and notices be made via United States Mail at the above address.

Dated: White Deer, PA                               Yours, etc.,
       April 2, 2021

                                                            RICHARD LUTHMANN
                                                             Pro Se Defendant

INMATE NAME/NUMBER: RICHARD LUTHMANN 90564-053
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LSCI
P.O. BOX 1000
WHITE DEER, PA 17887

◇90564-053◇
Clerk Of Court
225 Cadman PLZ E
Eastern District of NY
Brooklyn, NY 11201
United States

HARRISBURG PA 171
-5 APR 2021 PM 2 L

11201-193299