**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JPM | *271 Cadman Plaza East* |
| F. #2017R00050 | *Brooklyn, New York 11201* |

September 29, 2021

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Richard Luthmann
> <u>Criminal Docket No. 17-664 (RJD)</u>

Dear Judge Dearie:

The government respectfully submits this letter in accordance with the Court's September 22, 2021 docket order directing the government to provide written confirmation that it has not altered, deleted, or prevented defendant Richard Luthmann's access to data stored on his electronic devices. Previously, Luthmann had requested the return of property from the government, (ECF Dkt. No. 261), and, after the property was returned, he asked for forensic images of two electronic devices—a Black Dell Computer and HTC Cellphone, (ECF Dkt. No. 292). The government had previously informed the Court it had no forensic images of the Black Dell Computer and HTC Cellphone. (ECF Dkt. No 300). The Court denied Luthmann's motion for the forensic images as moot subject to the government confirming it has not altered, deleted or prevented Luthmann's access to data stored on his electronic devices. (ECF Dkt. No 301).

The government hereby notifies the Court that it has not altered, deleted or prevented Luthmann's access to data on any of his electronic devices.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: _____/s/_____
James P. McDonald
Assistant U.S. Attorney
(718) 254-6376

cc: Clerk of Court (RJD) (by ECF)
Richard Luthmann (by U.S. Mail)