UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

GEORGE PADULA, et al.

               Defendants.
---------------------------------------------------------------x

ECF

1:17-CR-664 (AMD)

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       James P. McDonald, counsel for the United States, is no longer employed by the United States Attorney's Office for the Eastern District of New York and is therefore withdrawing as counsel for the United States in the above-captioned case.

Dated: Brooklyn, New York
         September 22, 2023

                                        /s/ James P. McDonald
                                        James P. McDonald
                                        U.S. Securities and Exchange Commission
                                        1961 Stout Street, Suite 1700
                                        Denver, CO 80294
                                        Office: (303) 844-1059
                                        McDonaldJa@sec.gov